UTICA,
Aug, 1823.

Van Epps
v.
Clapp.

When an inquest is taken, out of its regular order on the calendar, all the defendant loses is the right of challenge of the jury, and to introduce, testimony on his part.

---

VAN EPPS *vs.* CLAPP.

An appearance indorsed on the writ, without the assent of the plaintiff, will not warrant the defendant to proceed to judgment of *non pros.*

IN this case, the capias contained an *ac-etiam* clause. The sheriff, without instructions or direction, permitted the defendant to indorse his appearance. The defendant ruled

the plaintiff to declare, without having filed special bail, and not receiving a declaration, entered his default and signed judgment of *non pros.* The judgment was set aside as irregular, with costs.